HOLLAND PECAN COMPANY v. BROWN et al.

RUSSELL, C. J.   1. In applications for interlocutory injunction, the exercise of the discretion of the chancellor will not be disturbed unless there was a manifest abuse of discretion; and this does not appear in the record in the present case.

2. The court did not err in refusing to enjoin the exercise of the power of sale contained in the security deed.

Judgment affirmed.   All the Justices concur, except Hill, J., absent because of illness.

No. 9622.   AUGUST 10, 1933.

*L. D. Moore* and *W. D. Aultman,* for plaintiff.

*Robert E. Brown, A. M. Anderson,* and *Robert T. Persons,* for defendants.